UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: NANCY FAYE KIBBE,

    Debtor,
_____

Case No. 12-11555

HONORABLE DENISE PAGE HOOD

United States of America,

    Movant,

v.

Tammy Terry, Trustee,

    Respondent.
_____/

**ORDER DENYING MOTION TO WITHDRAW REFERENCE**
**and**
**ORDER CLOSING CASE**

    For the reasons set forth in the Opinion entered this date, accordingly,

    IT IS ORDERED that the Motion to Withdraw the Reference filed by the United States of America **(Doc. No. 1, 4/6/2012)** is DENIED.

    IT IS FURTHER ORDERED that this matter is CLOSED.

                                S/Denise Page Hood
                                  Denise Page Hood
                                United States District Judge

Dated: October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                S/LaShawn R. Saulsberry
                                Case Manager